IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

SAMRETH CHAING, 195316 )
    Petitioner, )
)
v. ) 2:13-cv-1602
)
JANET NAPOLITANO, et al. )
    Respondents. )

MEMORANDUM and ORDER

Mitchell, M.J.:

    Samreth Chaing, an inmate at the York County Prison has presented a petition for a writ of habeas corpus. For the reasons set forth below, the petition will be transferred forthwith to the United States District Court for the Middle District of Pennsylvania where York County is located.

    Chaing who is a Cambodian national was admitted to the United States as a Permanent Resident on September 13, 1984. He was subsequently conviction of theft by receiving stolen property in the Court of Common Pleas of Philadelphia County and sentenced to a fifteen to thirty month period of incarceration. On April 2, 2013 he was ordered removed from the United States and returned to Cambodia by the Immigration Court. Since that time he has been incarcerated in the York County Jail. Accompanying the submission here is an instruction form directing that where an alien contests his detention in immigration custody that a §2241 habeas corpus petition be filed with "the clerk of the United States District court for the district and division in which you are confined."[1]

    The petitioner is presently held in the York County Jail as a result of action taken by ICE in that county. It therefore would appear that the interests of justice would best be served by transferring the petition to the United States District Court for the Middle District of Pennsylvania where York County is located.

    An appropriate Order will be entered.

---

[1] All document references are obtained from the supports which Chaing has appended to his petition.

ORDER

AND NOW, this 7th day of November, 2013 for the reasons set forth in the foregoing Memorandum, IT IS ORDERED that the above captioned case be transferred forthwith to the United States District Court of the Middle District of Pennsylvania.

s/ Robert C. Mitchell
United States Magistrate Judge